**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6509

JOHN MCKINNEY,

Plaintiff - Appellant,

v.

BRYAN P. STIRLING, Director SCDC; TERRE K. MARSHALL, Deputy Director
SCDC/Health; CECELIA REYNOLDS, Warden Lee Correctional Institution;
APRIL CLARK, SCDC Medical Director; STOKES, Lee Correctional Institution
RN; BURNETT, Lee Correctional Institution RN; BLAKE, Lee Correctional
Institution RN; ANDERSON, Lee Correctional Institution RN; DR. NEVILLE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  Cameron McGowan Currie, Senior District Judge.  (8:21-cv-03683-CMC)

Submitted:  September 25, 2023                    Decided:  October 5, 2023

Before WILKINSON and NIEMEYER, Circuit Judges, and KEENAN, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

John McKinney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John McKinney appeals the district court's order accepting the recommendation of the magistrate judge and dismissing McKinney's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).    We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.    *McKinney v. Stirling*, No. 8:21-cv-03683-CMC (D.S.C. Apr. 14, 2022).    We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*